# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA      DISMISSAL ORDER

v.

Evelyn Camacho      Violation No.
NJ 10- 2188337
NJ 10- 2188338

    Under Rule 48(a) of the Federal Rules of Criminal Procedure and by the leave of court endorsed hereon, the United States Attorney for the District Court of New Jersey hereby dismisses Violation number NJ 10- 2188337: Simple Assault, in violation of 18 USCA 113(a)(5); and Violation number NJ 10 – 2188338: Disorderly Conduct, in violation of N.J.S.A. 2C:33-2(a) on May 29, 2014; and against the defendant for the reason that prosecution of the defendant has been declined because the defendant has entered into an agreement with the Pre-Trial Services Division.

    The dismissal is without prejudice.

_____
Kurt W. Perhach
Special Assistant United States Attorney

Leave of the court is granted for filing of the forgoing dismissal.

DATE: 10/30/14

_____
Honorable Anthony R. Mautone
United States Magistrate Judge